## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

**Juan Eliacim Martinez**

**Case No. 3:17-bk-00752**
**Adversary Proceeding 3:17-90135**
**Chapter 7**
**Debtors.**            **Judge: Marian F. Harrison**

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: August 1, 2017**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: August 8, 2017, 9:00 a.m., Courtroom 3, Customs House, 701 Broadway, Nashville, TN.**

### NOTICE OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD

Counsel for the Debtor has asked the court for the following relief: to be relieved as counsel of record.
**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: July 11, 2017        /s/ L.G. Burnett, Jr.
                                               **L.G. Burnett, Jr. Reg. #6463**
                                               Attorney for Debtor
                                               Long, Burnett, & Johnson PLLC
                                               302 42nd Ave. No.
                                               Nashville, TN 37209
                                               615-386-0075
                                               ecfmail@tennessee-bankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

Juan Eliacim Martinez

                                **Case No. 3:17-bk-00752**
                                **Adversary Proceeding 3:17-90135**
                                **Chapter 7**
        Debtor.                     **Judge: Marian F. Harrison**

## MOTION TO BE RELIEVED AS COUNSEL OF RECORD

Comes counsel for the Debtor, and hereby moves this court for an order relieving Long, Burnett, & Johnson PLLC as counsel of record. In support of the motion, counsel would show the following:

1. The Debtor has been unable to retain counsel beyond preparing the petition and schedules and appearance at the creditor meeting as originally contracted for. The Debtor is unable or unwilling to engage counsel in the defense of a pending Adversary Proceeding and Motion to Dismiss.

**WHEREFORE, PREMISES CONSIDERED**, counsel prays for an order to be relieved as counsel of record.

Respectfully submitted,

**/s/L.G. Burnett, Jr.**
**L.G. Burnett, Jr. Reg. #6463**
Attorney for Debtor
Long, Burnett, & Johnson PLLC
302 42nd Ave. No.
Nashville, Tennessee 37209
(615) 386-0075 phone (615) 864-8419 fax
ecfmail@tennessee-bankruptcy.com

## CERTIFICATE OF SERVICE

      I hereby certify on July 11, 2017 that a true and correct copy of the foregoing has been sent to the Chapter 7 Trustee and the United States Trustee by electronic means through the CM/ECF system. I further certify the following parties have been sent a true and correct copy of the foregoing by CM/ECF system United States Mail, First Class, Postage Prepaid.

Juan Eliacim Martinez
701 Bowling Av Apt 5
Nashville, TN 37215

Bradley Legal Group, P.A.
John F. Bradley
15 Northeast Avenue
Ft. Lauderdale, FL 33501.

                                                    **/s/L.G. Burnett, Jr.**
                                                    **L.G. Burnett, Jr.**

Draft

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

**IN RE:**

    **Juan Eliacim Martinez**

                              Case No. 3:17-bk-00752
                              Adversary Proceeding 3:17-90135
                              Chapter 7
    **Debtor.**                   Judge: Marian F. Harrison

## ORDER RELIEVING LONG, BURNETT, & JOHNSON PLLC AS COUNSEL

    This matter is before the Court on counsels' Motion to Be Relieved as Counsel of Record;

    Either no objection was timely raised, or any objection raised was overruled at the hearing on this motion. It is therefore:

**ORDERED**, that Long, Burnett, & Johnson PLLC is relieved as counsel of record.

    *This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

**Approved for Entry:**

/s/L.G. Burnett, Jr.
L.G. Burnett, Jr. Reg. #6463
Attorney for Debtor
Long, Burnett, & Johnson PLLC
302 42nd Ave. No.
Nashville, Tennessee 37209
(615) 386-0075
(615) 864-8419 fax
ecfmail@tennessee-bankruptcy.com