Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:17−ap−90135
Related Bankruptcy Proceeding No. 3:17−bk−00752

Judge Marian F Harrison

In Re:

Plaintiff/Movant : BRADLEY LEGAL GROUP PA

vs

Defendant/Respondent : Juan Eliacim Martinez

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/8/17 at 09:00 AM

to consider and act upon the following:

MOTION TO BE RELIEVED AS COUNSEL OF RECORD.

Dated: 7/11/17                                    /s/ MATTHEW T LOUGHNEY
                                                                  Clerk, U.S. Bankruptcy Court