```
                            United States Bankruptcy Court
                             Middle District of Tennessee
BRADLEY LEGAL GROUP PA,
         Plaintiff                                       Adv. Proc. No. 17-90135-MFH

Martinez,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0650-3          User: ccm7036              Page 1 of 1              Date Rcvd: Jul 11, 2017
                              Form ID: hrgnot2           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
ust            +MADALYN GREENWOOD,    OFFICE OF THE US TRUSTEE,    200 JEFFERSON AVE,    SUITE 400,
                 MEMPHIS, TN 38103-2374
ust            +Michael V. Maggio,    Trial Attorney,   Office of the US Trustee,
                 The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +U.S. Trustee,    Office of the U.S. Trustee,    One Memphis Place,
                 200 Jefferson Avenue, Suite 400,    Memphis, TN 38103-2383
ust            +United States Trustee,    Historic U.S. Courthouse,    31 E. Eleventh Street,    Fourth Floor,
                 Chattanooga, TN 37402-4205
pla            +BRADLEY LEGAL GROUP PA,    15 NORTHEAST 13TH AVENUE,    FORT LAUDERDALE, FL 33301-1713
dft            +Juan Eliacim Martinez,    701 Bowling Av Apt 5,    Nashville, TN 37215-1056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 12 2017 00:27:41      MONSITA LECAROZ ARRIBAS,
                 OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,    500 TANCA STREET SUITE 301,
                 SAN JUAN, PR   00901
ust             E-mail/Text: ustpregion08.na.ecf@usdoj.gov Jul 12 2017 00:27:43      US TRUSTEE,
                 OFFICE OF THE UNITED STATES TRUSTEE,    701 BROADWAY STE 318,    NASHVILLE, TN  37203-3966
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              JON DANIEL LONG    on behalf of Defendant Juan Eliacim Martinez ecfmail@tennessee-bankruptcy.com,
               ecftnbk@gmail.com;r43618@notify.bestcase.com
              LEWIS GLENN BURNETT    on behalf of Defendant Juan Eliacim Martinez
               ecfmail@tennessee-bankruptcy.com
                                                                                              TOTAL: 2
```

Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:17−ap−90135
Related Bankruptcy Proceeding No. 3:17−bk−00752

Judge Marian F Harrison

In Re:

Plaintiff/Movant : BRADLEY LEGAL GROUP PA

vs

Defendant/Respondent : Juan Eliacim Martinez

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/8/17 at 09:00 AM

to consider and act upon the following:

MOTION TO BE RELIEVED AS COUNSEL OF RECORD.

Dated: 7/11/17                                                /s/ MATTHEW T LOUGHNEY
                                                              Clerk, U.S. Bankruptcy Court