## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 3:17-bk-00752** |
| **JUAN ELIACIM MARTINEZ,** | ) | **Chapter 7** |
| | ) | **Judge Harrison** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **BRADLEY LEGAL GROUP, P.A.,** | ) | **Adv Pro. No. 17-90135** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JUAN ELIACIM MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

The undersigned, Sean C. Kirk, of Bone McAllester Norton PLLC, hereby enters Appearance as counsel for Bradley Legal Group, P.A in the above-captioned adversary proceeding.

The undersigned hereby requests the undersigned by added to the mailing matrix and/or any list of creditors requesting notices and that copies of all notices and orders in this case be sent either electronically or by U.S. Mail to the following address:

Sean C. Kirk
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6307 phone
(615) 238-6301 facsimile
skirk@bonelaw.com

**DATED** this 26th day of July 2017.

Respectfully submitted,

BONE MCALLESTER NORTON PLLC

/s/ Sean C. Kirk
Sean C. Kirk (BPR No. 22878)
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6307 Phone
Email: skirk@bonelaw.com

*Counsel for Bradley Legal Group, P.A.*